| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL | | | | P05-0409 |
|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>CAE | 2. PERSON REPRESENTED<br>Pineda, Joel C. | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER<br>5:04-002013-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Pineda | 8. PAYMENT CATEGORY<br>Petty Offense | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)<br>Probation Revocation |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1382.P -- ENTERING MILITARY/NAVAL/COAST GUARD PROPERTY

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
White, Cynthia L.
Rosamond Blvd.

Rosamond CA 93560

Telephone Number: (661) 256-1166

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
☐ Other (See instructions)

Signature of Presiding Judicial Officer or By Order of the Court
11/30/2004                9/1/2005
Nunc Pro Tunc Date          Date of Order
Repayment or partial repayment ordered from the person represented for this service at time of appointment.    ☐ YES    ☐ NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | .9 | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | .8 | | | | |
| | (Rate per hour = $90.00) TOTALS: | 1.7 | 153.00 | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | 1.2 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $90.00) TOTALS: | 1.2 | 108.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 13.77 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 274.77 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM  3/8/05  TO  6/14/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION
XX

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☒ YES  ☐ NO  If yes, were you paid?  ☒ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _Cynthea White_    Date: 9-8-05

APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP.<br>$153.00 | 24. OUT OF COURT COMP.<br>$108.00 | 25. TRAVEL EXPENSES<br>$13.77 | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT<br>$274.77 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE  9/22/2005 | 28a. JUDGE/MAG. JUDGE CODE<br>72BJ |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

SEP 0 6 2005    SEP 1 4 2005

Case Name U.S. v. Joel C. Pineda
Case Number 5:04mj2013

Page 1 of 1

In-Court Worksheet

| Date | Brief Description of Service | Arraignment and/or plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Proof of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| 3/8/2005 | EAFB Court Appearance | | | | | | | | |
| 4/12/2005 | EAFB Court Appearance | | | | | | | | |
| 5/10/2005 | EAFB Court Appearance | | | | | | 0.5 | | 0.5 |
| 6/14/2005 | EAFB Court Appearance | | | | | | 0.4 | | 0.3 |
| | Page Total | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 0.0 | 0.8 |
| | Grand Total | | | | 1.7 | | | | |



Case Name U.S. v. Joel C. Pineda
Case Number 59/8/200504mj2013

Out-of-Court Worksheet

Page 1 of 1

| Date | Brief Description of Service | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 5/10/2005 | Travel time to and from court | | | | 1.2 | |
| | Page Total | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 |
| | Grand Total | | | 1.2 | | |



Case Name U.S. v. Joel C. Pineda
Case Number 5:04mj2013

Page 1 of 1

Expense Worksheet

| Date | Brief Description of Service | Miles | Rate | Amount | Parking | Copies | Postage | Phone Fax | Other |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/05 | Mileage - round trip | 34 | 0.405 | $13.77 | | | | | |
| | Page Total | 34 | | $13.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Grand Total | 34 | | $13.77 | $0.00 | $0.00 | $0.00 | $0.00 | $13.77 |